**IN THE UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| KENNY JAMES, Individually and as Personal Representative of the Estate of GLORIA MELTON<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER ZACHARY E. NORCUTT, individually and in his capacity as Lake County Sheriff's Department Officer; LAKE COUNTY SHERIFF'S DEPARTMENT; and LAKE COUNTY SHERIFF OSCAR MARTINEZ, JR., in his official capacity as Sheriff of Lake County<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 2:23-cv-00235<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AT LAW

NOW COMES Plaintiff, KENNY JAMES, individually and as Personal Representative of the Estate of GLORIA MELTON, by and through his attorneys, POWER ROGERS, LLP and THE BROWN LAW, LTD., complaining of Defendants OFFICER ZACHARY E. NORCUTT, individually and in his capacity as Lake County Sheriff's Department Officer, and LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agents and/or employees, and LAKE COUNTY SHERIFF OSCAR MARTINEZ, JR., in his official capacity as Sheriff of Lake County, pleading hypothetically and in the alternative, states as follows:

## JURISDICTION

1.         This action is brought pursuant to 42 U.S.C. § 1983 to redress the Defendants' tortious conduct and their deprivation of GLORIA MELTON's rights secured by the U.S. Constitution.

2.      This Court has jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. § 1331, and supplemental jurisdiction over Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367.

3.      Venue is proper under 28 U.S.C. § 1391(b). GLORIA MELTON resided in this judicial district; the defendants reside in this judicial district; and the events and omissions giving rise to Plaintiff's claims occurred within the judicial district.

## PARTIES

4.      Plaintiff, KENNY JAMES, is an adult resident of the City of Olive Branch, State of Mississippi. KENNY JAMES is the son of GLORIA MELTON, deceased, and Personal Representative of the Estate of GLORIA MELTON, deceased. The Lake Circuit Court of the County of Lake, State of Indiana appointed KENNY JAMES as Personal Representative of the Estate of GLORIA MELTON on March 27, 2023.

5.      Decedent, GLORIA MELTON, was an adult resident of the City of Gary, County of Lake, State of Indiana and of the United States at the time of her death.

6.      Defendant OFFICER ZACHARY E. NORCUTT was an employee and/or duly authorized agent of the LAKE COUNTY SHERIFF'S DEPARTMENT and acting in the course and scope of his employment at all times relevant.

7.      Defendant OFFICER ZACHARY E. NORCUTT was acting under the color of state law, ordinance and/or regulation, statutes, and/or custom and usages of the LAKE COUNTY SHERIF'S DEPARTMENT at all times relevant.

8.      Defendant OFFICER ZACHARY E. NORCUTT is being sued both in his individual and official capacity.

9.      Defendant LAKE COUNTY SHERIFF'S DEPARTMENT is a political subdivision of the County of Lake, State of Indiana that operates and controls a police force in the

2

County of Lake, State of Indiana. It is or was the employer of OFFICER ZACHARY E. NORCUTT, named as a defendant herein. At all times relevant, OFFICER ZACHARY E. NORCUTT acted as an agent of the LAKE COUNTY SHERIFF'S DEPARTMENT. Defendant LAKE COUNTY SHERIFF'S DEPARTMENT is a necessary party and ultimately responsible for judgment.

10.     Defendant LAKE COUNTY SHERIFF OSCAR MARTINEZ, JR. is the elected Sheriff of Lake County, Indiana. He is a policymaker for the LAKE COUNTY SHERIFF'S DEPARTMENT.

11.     Defendant LAKE COUNTY SHERIFF OSCAR MARTINEZ, JR. is being sued in his official capacity.

## COUNT I
### (42 U.S.C. §1983 – OFFICER ZACHARY E. NORCUTT)

1.     Plaintiff incorporates and realleges ¶¶ 1-11 as if contained fully herein.

2.     On or about July 13, 2022, and at all times relevant, GLORIA MELTON, deceased, resided at 443 Hamlin Street, Gary, Indiana.

3.     On or about July 13, 2022, and at all times material, West 5th Avenue was a public roadway running in a westerly and easterly direction in the City of Gary, County of Lake, State of Indiana.

4.     On or about July 13, 2022, and at all times material, Colfax Street was a public roadway with residential houses running in a northerly and southerly direction in the City of Gary, County of Lake, State of Indiana.

5.     On or about July 13, 2022, and at all times material, West 5th Avenue and Colfax Street intersected in a "T" configuration, with Colfax Street dead-ending into West 5th Avenue, in the City of Gary, State of Indiana.

6.      On or about July 13, 2022, and at all times material, a traffic light and signal existed at the intersection of West 5th Avenue and Colfax Street to facilitate the high level of traffic at the intersection.

7.      On or about July 13, 2022, and at all times material, the LAKE COUNTY SHERIFF'S DEPARTMENT operated a police force with officers who operated vehicles.

8.      On or about July 13, 2022, and at all times material, OFFICER ZACHARY E. NORCUTT was a duly sworn officer employed by the LAKE COUNTY SHERIFF'S DEPARTMENT.

9.      OFFICER ZACHARY E. NORCUTT began working as a Lake County Sheriff's officer in or around 2017.

10.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT was on duty and acting within the scope and course of his employment.

11.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT was acting under the color of state law, ordinance and/or regulation, statutes, and/or custom and usages of the LAKE COUNTY SHERIF'S DEPARTMENT.

12.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT operated a black 2019 Dodge Charger police vehicle (VIN: 2C3CDXKT5KH686038) in a generally easterly direction on West 5th Avenue, and traveled toward the intersection of West 5th Avenue and Colfax Street in Gary, Indiana.

13.    On or about July 13, 2022, and at all times material, the posted and legal speed limit on West 5th Avenue, at or near the intersection of West 5th Avenue and Colfax Street, was at or about forty-five (45) miles per hour.

14.    On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT operated the black 2019 Dodge Charger police vehicle at speeds of approximately ninety-three (93) to one hundred (100) miles per hour.

15.    On or about July 13, 2022, at or around 12:00 p.m., and at all times material, the black 2019 Dodge Charger police vehicle's emergency lights and sirens were not activated.

16.    On or about July 13, 2022, at or around 12:00 p.m., and at all times material, based on OFFICER ZACHARY E. NORCUTT's five years of experience working for the Lake County Sheriff's Department and past duties within the immediate area, OFFICER ZACHARY E. NORCUTT had actual knowledge that he was rapidly approaching the intersection of West 5th Avenue and Colfax Street, of the residential houses in the area, and of the imminent harm created by driving through the intersection during midday at over ninety (90) miles per hour.

17.    On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT had knowledge of vehicle traffic in the area and/or visualized vehicles at the intersection of West 5th Avenue and Colfax Street as he drove towards the intersection.

18.    On or about July 13, 2022, at or about 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT, consciously refused to prevent the harm created by operating his police vehicle at or about ninety (90) miles per hour through the high trafficked, controlled intersection.

19.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, GLORIA MELTON operated her 2005 Toyota Corolla in a generally westerly direction on West 5th Avenue; continued into the left turn lane at the intersection of West 5th Avenue and Colfax Street; and lawfully began to turn left onto Colfax Street.

20.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, GLORIA MELTON was acting with due care and regard for her own safety and wellbeing.

21.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, while GLORIA MELTON was still inside the intersection and in the process of turning left onto Colfax Street, OFFICER ZACHARY E. NORCUTT caused the black 2019 Dodge Charger vehicle to collide with GLORIA MELTON's vehicle.

22.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, the violent force of the collision caused GLORIA MELTON to be ejected from her vehicle, ultimately causing her death.

23.     On or about July 13, 2022, and at all times material, the LAKE COUNTY SHERIFF'S DEPARTMENT was notified and had actual knowledge of the subject collision resulting in a fatality and involving one of its officers, namely OFFICER ZACHARY E. NORCUTT.

24.     On or about July 13, 2022, and at all times material, Lake County Sheriff Oscar Martinez, Jr. was notified and had actual knowledge of the subject collision resulting in a fatality and involving one of his officers, namely OFFICER ZACHARY E. NORCUTT.

25.     On or about July 13, 2022, and at all times material, LAKE COUNTY SHERIFF'S DEPARTMENT was notified and had actual knowledge of the injuries sustained by and/or condition of GLORIA MELTON.

26.        On or about July 13, 2022, and at all times material, Sheriff Oscar Martinez, Jr. was notified and had actual knowledge of the injuries sustained by and/or condition of GLORIA MELTON.

27.        On or about July 13, 2022, and at all times material, the LAKE COUNTY SHERIFF'S DEPARTMENT contacted the Indiana State Police to investigate a crash involving a LAKE COUNTY SHERIFF'S DEPARTMENT officer.

28.        On or about August 16, 2022, and at all times material, Plaintiff's attorneys provided notice to the LAKE COUNTY SHERIFF'S DEPARTMENT that Power Rogers, LLP had been retained by the family of GLORIA MELTON to prosecute a cause of action against the LAKE COUNTY SHERIFF'S DEPARTMENT for its wrongful conduct giving rise to GLORIA MELTON's injuries and death on July 13, 2022, at or near the intersection of 5th Avenue and Colfax Street.

29.        On or about May 17, 2023, the Indiana Political Subdivision Risk Management Commission, a non-defendant, sent the attorneys for Plaintiff a letter articulating proof of compliance with the Indiana Tort Claims Act notice requirements. The Indiana Political Subdivision Risk Management Commission also informed the attorneys for Plaintiff that Lake County et al. is not a member of the Indiana Subdivision Risk Management Fund.

30.        On or about July 13, 2022, and at all times material, Defendant OFFICER ZACHARY E. NORCUTT had a duty to drive with due regard for the safety of GLORIA MELTON while acting within the scope of their employment.

31.        On or about July 13, 2022, and at all times material, while on duty as an officer acting under the color of law, OFFICER ZACHARY E. NORCUTT breached this duty and acted with deliberate indifference and/or reckless disregard for the safety of GLORIA MELTON.

32.    On or about July 13, 2022, and at all times material, OFFICER ZACHARY E. NORCUTT acted in a reckless, willful and wanton, and/or in a matter exhibiting a deliberate indifference or reckless disregard for the safety of GLORIA MELTON, in one or more of the following respects:

      a.   Failed to activate the 2019 Dodge Charger police vehicle's lights and sirens;

      b.   Drove the 2019 Dodge Charger police vehicle at speeds of over ninety (90) miles per hour, and/or exceedingly over the posted and legal speed limit;

      c.   Failed to follow applicable police policies, procedures, and/or protocols;

      d.   Failed to maintain a proper lookout while driving;

      e.   Failed to yield to traffic;

      f.   Failing to focus on the roadway and/or being distracted while driving;

      g.   Failed to break and/or reduce speed to avoid collision;

      h.   Disobeyed traffic control and/or roadway safety signals and/or signs; or

      i.   Was otherwise reckless, willful and wanton, and/or exhibiting a deliberate indifference for the safety of GLORIA MELTON.

33.    As a direct and proximate result of the aforementioned actions and/or omissions of the Defendant OFFICER ZACHARY E. NORCUTT, individually and in his capacity as a Lake County Sheriff's Department Officer, the Plaintiff's decedent, GLORIA MELTON, sustained injuries of a personal, pecuniary, and permanent nature, resulting in her death.

34.    As a direct and proximate result of the aforementioned actions and/or omissions of OFFICER ZACHARY E. NORCUTT, the Plaintiff's decedent, GLORIA METLTON, was deprived of her rights, privileges and immunities guaranteed by the Fourteenth Amendment of the U.S. Constitution.

35.      At the time of her death, GLORIA MELTON left surviving three adult children: Kenny James (resident of Olive Branch, Mississippi), Arnita Melton (resident of Houston, Texas), and Pamela Melton (resident of Canton, Mississippi).

36.      On or about March 27, 2023, the Lake Circuit Court of the County of Lake, State of Indiana appointed KENNY JAMES as the Personal Representative of the Estate of GLORIA MELTON for the purpose of collecting damages for wrongful death.

37.      KENNY JAMES, as Personal Representative of the Estate of GLORIA MELTON, brings this cause of action on behalf of the Estate pursuant to 42 U.S.C. § 1983 and Indiana Code 34-23-1-2.

WHEREFORE, Plaintiff, KENNY JAMES, Personal Representative of the Estate of GLORIA MELTON, deceased, moves this Honorable Court to enter judgement against Defendant OFFICER ZACHARY E. NORCUTT, individually and in his capacity as a Lake County Sheriff's Department Officer, in an amount well in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000) and any additional relief this Court deems equitable and just.

## COUNT II
*(Wrongful Death Pursuant to Indiana Code 34-23-1-2 – OFFICER ZACHARY E. NORCUT in his official capacity)*

1.      Plaintiff incorporates and realleges ¶¶ 1-11 as if contained fully herein.

2.      On or about July 13, 2022, and at all times relevant, GLORIA MELTON, deceased, resided at 443 Hamlin Street, Gary, Indiana.

3.      On or about July 13, 2022, and at all times material, West 5th Avenue was a public roadway running in a westerly and easterly direction in the City of Gary, County of Lake, State of Indiana.

9

4.      On or about July 13, 2022, and at all times material, Colfax Street was a public roadway with residential houses running in a northerly and southerly direction in the City of Gary, County of Lake, State of Indiana.

5.      On or about July 13, 2022, and at all times material, West 5th Avenue and Colfax Street intersected in a "T" configuration, with Colfax Street dead-ending into West 5th Avenue, in the City of Gary, State of Indiana.

6.      On or about July 13, 2022, and at all times material, a traffic light and signal existed at the intersection of West 5th Avenue and Colfax Street to facilitate the high level of traffic at the intersection.

7.      On or about July 13, 2022, and at all times material, the LAKE COUNTY SHERIFF'S DEPARTMENT operated a police force with officers who operated vehicles.

8.      On or about July 13, 2022, and at all times material, OFFICER ZACHARY E. NORCUTT was a duly sworn officer employed by the LAKE COUNTY SHERIFF'S DEPARTMENT.

9.      OFFICER ZACHARY E. NORCUTT began working as a Lake County Sheriff's officer in or around 2017.

10.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT was on duty and acting within the scope and course of his employment.

11.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT was acting under the color of law.

12.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT operated a black 2019 Dodge Charger police vehicle (VIN:

2C3CDXKT5KH686038) in a generally easterly direction on West 5th Avenue, and toward the intersection of West 5th Avenue and Colfax Street in Gary, Indiana.

13.　　　On or about July 13, 2022, and at all times material, the posted and legal speed limit on West 5th Avenue, at or near the intersection of West 5th Avenue and Colfax Street, was at or about forty-five (45) miles per hour.

14.　　　On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT operated the black 2019 Dodge Charger police vehicle at speeds of approximately ninety-three (93) to one hundred (100) miles per hour.

15.　　　On or about July 13, 2022, at or around 12:00 p.m., and at all times material, the black 2019 Dodge Charger police vehicle's emergency lights and sirens were not activated.

16.　　　On or about July 13, 2022, at or around 12:00 p.m., and at all times material, based on OFFICER ZACHARY E. NORCUTT's five years of experience working for the Lake County Sheriff's Department and past duties within the immediate area, OFFICER ZACHARY E. NORCUTT knew or should have known that he was rapidly approaching the intersection of West 5th Avenue and Colfax Street, of the residential houses in the area, and of the imminent harm created by driving through the intersection during midday at over ninety (90) miles per hour.

17.　　　On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT had knowledge or should have had knowledge of vehicle traffic in the area and/or visualized vehicles at the intersection of West 5th Avenue and Colfax Street as he drove towards the intersection.

18.　　　On or about July 13, 2022, at or around 12:00 p.m., and at all times material, GLORIA MELTON operated her 2005 Toyota Corolla in a generally westerly direction on West

5th Avenue; continued into the left turn lane at the intersection of West 5th Avenue and Colfax Street; and lawfully began to turn left onto Colfax Street.

19.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, GLORIA MELTON was acting with due care and regard for her own safety and wellbeing.

20.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, while GLORIA MELTON was still inside the intersection and in the process of turning left onto Colfax Street, OFFICER ZACHARY E. NORCUTT caused the black 2019 Dodge Charger vehicle to collide with GLORIA MELTON's vehicle.

21.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, the violent force of the collision caused GLORIA MELTON to be ejected from her vehicle and resulted in her death.

22.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, the violent force of the collision caused GLORIA MELTON to be ejected from her vehicle, ultimately causing her death.

23.     On or about July 13, 2022, and at all times material, the LAKE COUNTY SHERIFF'S DEPARTMENT was notified and had actual knowledge of the subject collision resulting in a fatality and involving one of its officers, namely OFFICER ZACHARY E. NORCUTT.

24.     On or about July 13, 2022, and at all times material, Lake County Sheriff Oscar Martinez, Jr. was notified and had actual knowledge of the subject collision resulting in a fatality and involving one of his officers, namely OFFICER ZACHARY E. NORCUTT.

25.     On or about July 13, 2022, and at all times material, LAKE COUNTY SHERIFF'S DEPARTMENT was notified and had actual knowledge of the injuries sustained by and/or condition of GLORIA MELTON.

26.     On or about July 13, 2022, and at all times material, Sheriff Oscar Martinez, Jr. was notified and had actual knowledge of the injuries sustained by and/or condition of GLORIA MELTON.

27.     On or about July 13, 2022, and at all times material, the LAKE COUNTY SHERIFF'S DEPARTMENT contacted the Indiana State Police to investigate a crash involving a LAKE COUNTY SHERIFF'S DEPARTMENT officer.

28.     On or about August 16, 2022, and at all times material, Plaintiff's attorneys provided notice to the LAKE COUNTY SHERIFF'S DEPARTMENT that Power Rogers, LLP had been retained by the family of GLORIA MELTON to prosecute a cause of action against the LAKE COUNTY SHERIFF'S DEPARTMENT for its wrongful conduct giving rise to GLORIA MELTON's injuries and death on July 13, 2022, at or near the intersection of 5th Avenue and Colfax Street.

29.     On or about May 17, 2023, the Indiana Political Subdivision Risk Management Commission, a non-defendant, sent the attorneys for Plaintiff a letter articulating proof of compliance with the Indiana Tort Claims Act notice requirements. The Indiana Political Subdivision Risk Management Commission also informed the attorneys for Plaintiff that Lake County et al. is not a member of the Indiana Subdivision Risk Management Fund.

30.     On or about July 13, 2022, and at all times material, Defendant OFFICER ZACHARY E. NORCUTT had a duty to drive with due regard for the safety of GLORIA MELTON while acting within the scope of their employment.

31.        On or about July 13, 2022, and at all times material, while on duty as an officer acting under the color of law, OFFICER ZACHARY E. NORCUTT breached this duty and was negligent in one or more of the following ways:

       a. Failed to activate the 2019 Dodge Charger police vehicle's lights and sirens;

       b. Drove the 2019 Dodge Charger police vehicle at speeds of over ninety (90) miles per hour, and/or exceedingly over the posted and legal speed limit;

       c. Failed to follow applicable police policies, procedures, and/or protocols;

       d. Failed to maintain a proper lookout while driving;

       e. Failed to yield to traffic;

       f. Failing to focus on the roadway and/or being distracted while driving;

       g. Failed to break and/or reduce speed to avoid collision;

       h. Disobeyed traffic control and/or roadway safety signals and/or signs; or

       i. Was otherwise reckless, willful and wanton, and/or exhibiting a deliberate indifference for the safety of GLORIA MELTON.

32.        As a direct and proximate result of the aforementioned actions and/or omissions of the Defendant, the Plaintiff's decedent, GLORIA MELTON, sustained injuries of a personal, pecuniary, and permanent nature, resulting in her death.

33.        At the time of her death, GLORIA MELTON left surviving three adult children: Kenny James (resident of Olive Branch, Mississippi), Arnita Melton (resident of Houston, Texas), and Pamela Melton (resident of Canton, Mississippi).

34.        On or about March 27, 2023, the Lake Circuit Court of the County of Lake, State of Indiana appointed KENNY JAMES as the Personal Representative of the Estate of GLORIA MELTON for the purpose of collecting damages for GLORIA MELTON's death.

35.    KENNY JAMES, as Personal Representative of the Estate of GLORIA MELTON, brings this cause of action on behalf of the Estate pursuant to Indiana Code 34-23-1-2, commonly known as the Indiana Adult Wrongful Death Act.

WHEREFORE, Plaintiff, KENNY JAMES, Individually and as Personal Representative of the Estate of GLORIA MELTON, deceased, moves this Honorable Court to enter judgement against Defendant OFFICER ZACHARY E. NORCUTT in an amount well in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000) and any additional relief this Court deems equitable and just.

### Count III
*(Monell Claim-Violation of 42 U.S.C. § 1983 – LAKE COUNTY SHERIFF'S DEPARTMENT and SHERIFF OSCAR MARTINEZ)*

1.    Plaintiff incorporates and realleges ¶¶ 1-11 as if contained fully herein.

2.    On or about July 13, 2022, and at all times relevant, GLORIA MELTON, deceased, resided at 443 Hamlin Street, Gary, Indiana.

3.    On or about July 13, 2022, and at all times material, West 5th Avenue was a public roadway running in a westerly and easterly direction in the City of Gary, County of Lake, State of Indiana.

4.    On or about July 13, 2022, and at all times material, Colfax Street was a public roadway with residential houses running in a northerly and southerly direction in the City of Gary, County of Lake, State of Indiana.

5.    On or about July 13, 2022, and at all times material, West 5th Avenue and Colfax Street intersected in a "T" configuration, with Colfax Street dead-ending into West 5th Avenue, in the City of Gary, State of Indiana.

6.      On or about July 13, 2022, and at all times material, a traffic light and signal existed at the intersection of West 5th Avenue and Colfax Street to facilitate the high level of traffic at the intersection.

7.      On or about July 13, 2022, and at all times material, the LAKE COUNTY SHERIFF'S DEPARTMENT operated a police force with officers who operated vehicles.

8.      On or about July 13, 2022, and at all times material, OFFICER ZACHARY E. NORCUTT was a duly sworn officer employed by the LAKE COUNTY SHERIFF'S DEPARTMENT.

9.      OFFICER ZACHARY E. NORCUTT began working as a Lake County Sheriff's officer in or around 2017.

10.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT was on duty and acting within the scope and course of his employment.

11.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT was acting under the color of state law, ordinance and/or regulation, statutes, and/or custom and usages of the LAKE COUNTY SHERIF'S DEPARTMENT.

12.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, operated a black 2019 Dodge Charger police vehicle (VIN: 2C3CDXKT5KH686038) in a generally easterly direction on West 5th Avenue, and toward the intersection of West 5th Avenue and Colfax Street in Gary, Indiana.

13.      On or about July 13, 2022, and at all times material, the posted and legal speed limit on West 5th Avenue, at or near the intersection of West 5th Avenue and Colfax Street, was at or about forty-five (45) miles per hour.

14.      On or about July 13, 2022, at or around 12:00 p.m., and at all times material, LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, operated the black 2019 Dodge Charger police vehicle at speeds of approximately ninety-three (93) to one hundred (100) miles per hour.

15.      On or about July 13, 2022, at or around 12:00 p.m., and at all times material, the black 2019 Dodge Charger police vehicle's emergency lights and sirens were not activated.

16.      On or about July 13, 2022, at or around 12:00 p.m., and at all times material, LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, had actual knowledge that he was rapidly approaching the intersection of West 5th Avenue and Colfax Street, of the residential houses in the area, and of the imminent harm created by driving through the intersection during midday at over ninety (90) miles per hour.

17.      On or about July 13, 2022, at or around 12:00 p.m., and at all times material, LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, had knowledge or should have had knowledge of vehicle traffic in the area and/or saw vehicles at the intersection of West 5th Avenue and Colfax Street as he drove towards the intersection.

18.      On or about July 13, 2022, at or around 12:00 p.m., and at all times material, GLORIA MELTON operated her 2005 Toyota Corolla in a generally westerly direction on West 5th Avenue; continued into the left turn lane at the intersection of West 5th Avenue and Colfax Street; and lawfully began to turn left onto Colfax Street.

19.       On or about July 13, 2022, at or around 12:00 p.m., and at all times material, GLORIA MELTON was acting with due care and regard for her own safety and wellbeing.

20.       On or about July 13, 2022, at or around 12:00 p.m., and at all times material, while GLORIA MELTON was still inside the intersection and in the process of turning left onto Colfax Street, LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, caused his black 2019 Dodge Charger vehicle to collide with GLORIA MELTON's vehicle.

21.       On or about July 13, 2022, at or around 12:00 p.m., and at all times material, the violent force of the collision caused GLORIA MELTON to be ejected from her vehicle and resulted in her death.

22.       On or about July 13, 2022, and at all times material, the LAKE COUNTY SHERIFF'S DEPARTMENT was notified and had actual knowledge of the subject collision resulting in a fatality and involving one of its officers, namely OFFICER ZACHARY E. NORCUTT.

23.       On or about July 13, 2022, and at all times material, Lake County Sheriff Oscar Martinez, Jr. was notified and had actual knowledge of the subject collision resulting in a fatality and involving one of his officers, namely OFFICER ZACHARY E. NORCUTT.

24.       On or about July 13, 2022, and at all times material, LAKE COUNTY SHERIFF'S DEPARTMENT was notified and had actual knowledge of the injuries sustained by and/or condition of GLORIA MELTON.

25.       On or about July 13, 2022, and at all times material, Sheriff Oscar Martinez, Jr. was notified and had actual knowledge of the injuries sustained by and/or condition of GLORIA MELTON.

26.     On or about July 13, 2022, and at all times material, the LAKE COUNTY SHERIFF'S DEPARTMENT contacted the Indiana State Police to investigate a crash involving a LAKE COUNTY SHERIFF'S DEPARTMENT officer.

27.     On or about August 16, 2022, and at all times material, Plaintiff's attorneys provided notice to the LAKE COUNTY SHERIFF'S DEPARTMENT that Power Rogers, LLP had been retained by the family of GLORIA MELTON to prosecute a cause of action against the LAKE COUNTY SHERIFF'S DEPARTMENT for its wrongful conduct giving rise to GLORIA MELTON's injuries and death on July 13, 2022, at or near the intersection of 5th Avenue and Colfax Street.

28.     On or about May 17, 2023, the Indiana Political Subdivision Risk Management Commission, a non-defendant, sent the attorneys for Plaintiff a letter articulating proof of compliance with the Indiana Tort Claims Act notice requirements. The Indiana Political Subdivision Risk Management Commission also informed the attorneys for Plaintiff that Lake County et al. is not a member of the Indiana Subdivision Risk Management Fund.

29.     Prior to the incident, LAKE COUNTY SHERIFF'S DEPARTMENT officers engaged in a pattern and practice of disregarding speed limits, traffic laws, and/or department driving policies or procedures.

30.     Defendant, LAKE COUNTY SHERIFF'S DEPARTMENT's policymakers, including but not limited to SHERIFF OSCAR MARTINEZ, accepted the pattern and practice among its police officers of disregarding traffic safety and speed limits while operating police vehicles, thus creating a practice, although not written or express policy, so widespread, permanent, and settled that is constituted a custom or usage within the LAKE COUNTY SHERIFF'S DEPARTMENT.

31.      As final policy maker, SHERIFF OSCAR MARTINEZ, by creating this custom and usage of excessive driving speed and disregard of traffic laws, amounted to a policy decision.

32.      The policy decision of Defendants LAKE COUNTY SHERIFF'S DEPARTMENT's policymakers and SHERIFF OSCAR MARTINEZ caused the violation of GLORIA MELTON's constitutional rights, and ultimately led to her death.

33.      On or about July 13, 2022, and at all times material, while on duty as an officer acting under the color of law, LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, breached this duty and was negligent in one or more of the following ways:

34.      As a direct and proximate result of the aforementioned actions and/or omissions of the Defendant, the Plaintiff's decedent, GLORIA MELTON, sustained injuries of a personal, pecuniary, and permanent nature, resulting in her death.

35.      At the time of her death, GLORIA MELTON left surviving three adult children: Kenny James (resident of Olive Branch, Mississippi), Arnita Melton (resident of Houston, Texas), and Pamela Melton (resident of Canton, Mississippi).

36.      On or about March 27, 2023, the Lake Circuit Court of the County of Lake, State of Indiana appointed KENNY JAMES as the Personal Representative of the Estate of GLORIA MELTON for the purpose of collecting damages for GLORIA MELTON's death.

WHEREFORE, Plaintiff, KENNY JAMES, Individually and as Personal Representative of the Estate of GLORIA MELTON, deceased, moves this Honorable Court to enter judgement against Defendant OFFICER ZACHARY E. NORCUTT in an amount well in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000).

**Count IV**
*(Wrongful Death Pursuant to Indiana Code 34-23-1-2 – LAKE COUNTY SHERIFF'S DEPARTMENT)*

1.        Plaintiff incorporates and realleges ¶¶ 1-11 as if contained fully herein.

2.        On or about July 13, 2022, and at all times relevant, GLORIA MELTON, deceased, resided at 443 Hamlin Street, Gary, Indiana.

3.        On or about July 13, 2022, and at all times material, West 5th Avenue was a public roadway with residential houses running in a westerly and easterly direction in the City of Gary, County of Lake, State of Indiana.

4.        On or about July 13, 2022, and at all times material, Colfax Street was a public roadway with residential houses running in a northerly and southerly direction in the City of Gary, County of Lake, State of Indiana.

5.        On or about July 13, 2022, and at all times material, West 5th Avenue and Colfax Street intersected in a "T" configuration, with Colfax Street dead-ending into West 5th Avenue, in the City of Gary, State of Indiana.

6.        On or about July 13, 2022, and at all times material, a traffic light and signal existed at the intersection of West 5th Avenue and Colfax Street to facilitate the high level of traffic at the intersection.

7.        On or about July 13, 2022, and at all times material, the LAKE COUNTY SHERIFF'S DEPARTMENT operated a police force with officers who operated vehicles.

8.        On or about July 13, 2022, and at all times material, OFFICER ZACHARY E. NORCUTT was a duly sworn officer employed by the LAKE COUNTY SHERIFF'S DEPARTMENT.

9.        OFFICER ZACHARY E. NORCUTT began working as a Lake County Sheriff's officer in or around 2017.

10.        On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT was on duty and acting within the scope and course of his employment.

11.        On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT was acting under the color of law.

12.        On or about July 13, 2022, at or around 12:00 p.m., and at all times material, LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, operated a black 2019 Dodge Charger police vehicle (VIN: 2C3CDXKT5KH686038) in a generally easterly direction on West 5th Avenue, and toward the intersection of West 5th Avenue and Colfax Street in Gary, Indiana.

13.        On or about July 13, 2022, and at all times material, the posted and legal speed limit on West 5th Avenue, at or near the intersection of West 5th Avenue and Colfax Street, was at or about forty-five (45) miles per hour.

14.        On or about July 13, 2022, at or around 12:00 p.m., and at all times material, LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, operated the black 2019 Dodge Charger police vehicle at speeds of approximately ninety-three (93) to one hundred (100) miles per hour.

15.        On or about July 13, 2022, at or around 12:00 p.m., and at all times material, the black 2019 Dodge Charger police vehicle's emergency lights and sirens were not activated.

16.        On or about July 13, 2022, at or around 12:00 p.m., and at all times material, LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, knew or

should have known that he was rapidly approaching the intersection of West 5th Avenue and Colfax Street, of the residential houses in the area, and of the imminent harm created by driving through the intersection during midday at over ninety (90) miles per hour.

17.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, had knowledge or should have had knowledge of vehicle traffic in the area and/or visualized vehicles at the intersection of West 5th Avenue and Colfax Street as he drove towards the intersection.

18.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, GLORIA MELTON operated her 2005 Toyota Corolla in a generally westerly direction on West 5th Avenue; continued into the left turn lane at the intersection of West 5th Avenue and Colfax Street; and lawfully began to turn left onto Colfax Street.

19.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, GLORIA MELTON was acting with due care and regard for her own safety and wellbeing.

20.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, while GLORIA MELTON was still inside the intersection and in the process of turning left onto Colfax Street, LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, caused the black 2019 Dodge Charger vehicle to collide with GLORIA MELTON's vehicle.

21.     On or about July 13, 2022, at or around 12:00 p.m., and at all times material, the violent force of the collision caused GLORIA MELTON to be ejected from her vehicle and resulted in her death.

22.     On or about July 13, 2022, and at all times material, the LAKE COUNTY SHERIFF'S DEPARTMENT was notified and had actual knowledge of the subject collision

resulting in a fatality and involving one of its officers, namely OFFICER ZACHARY E. NORCUTT.

23.     On or about July 13, 2022, and at all times material, Lake County Sheriff Oscar Martinez, Jr. was notified and had actual knowledge of the subject collision resulting in a fatality and involving one of his officers, namely OFFICER ZACHARY E. NORCUTT.

24.     On or about July 13, 2022, and at all times material, LAKE COUNTY SHERIFF'S DEPARTMENT was notified and had actual knowledge of the injuries sustained by and/or condition of GLORIA MELTON.

25.     On or about July 13, 2022, and at all times material, Sheriff Oscar Martinez, Jr. was notified and had actual knowledge of the injuries sustained by and/or condition of GLORIA MELTON.

26.     On or about July 13, 2022, and at all times material, the LAKE COUNTY SHERIFF'S DEPARTMENT contacted the Indiana State Police to investigate a crash involving a LAKE COUNTY SHERIFF'S DEPARTMENT officer.

27.     On or about August 16, 2022, and at all times material, Plaintiff's attorneys provided notice to the LAKE COUNTY SHERIFF'S DEPARTMENT that Power Rogers, LLP had been retained by the family of GLORIA MELTON to prosecute a cause of action against the LAKE COUNTY SHERIFF'S DEPARTMENT for its wrongful conduct giving rise to GLORIA MELTON's injuries and death on July 13, 2022, at or near the intersection of 5th Avenue and Colfax Street.

28.     On or about May 17, 2023, the Indiana Political Subdivision Risk Management Commission, a non-defendant, sent the attorneys for Plaintiff a letter articulating proof of compliance with the Indiana Tort Claims Act notice requirements. The Indiana Political

Subdivision Risk Management Commission also informed the attorneys for Plaintiff that Lake County et al. is not a member of the Indiana Subdivision Risk Management Fund.

29.     On or about July 13, 2022, and at all times material, Defendant LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, had a duty to drive with due regard for the safety of GLORIA MELTON while acting within the scope of their employment, including

30.     On or about July 13, 2022, and at all times material, while on duty as an officer acting under the color of law, LAKE COUNTY SHERIFF'S DEPARTMENT, by and through its agent and/or employee, breached this duty and was negligent in one or more of the following ways:

a. Failed to activate the 2019 Dodge Charger police vehicle's lights and sirens;

b. Drove the 2019 Dodge Charger police vehicle at speeds of over ninety (90) miles per hour, and/or exceedingly over the posted and legal speed limit;

c. Failed to follow applicable police policies, procedures, and/or protocols;

d. Failed to maintain a proper lookout while driving;

e. Failed to yield to traffic;

f. Failing to focus on the roadway and/or being distracted while driving;

g. Failed to break and/or reduce speed to avoid collision;

h. Disobeyed traffic control and/or roadway safety signals and/or signs; or

i. Was otherwise reckless, willful and wanton, and/or exhibiting a deliberate indifference for the safety of GLORIA MELTON.

31.     As a direct and proximate result of the aforementioned actions and/or omissions of the Defendant, the Plaintiff's decedent, GLORIA MELTON, sustained injuries of a personal, pecuniary, and permanent nature, resulting in her death.

32.      At the time of her death, GLORIA MELTON left surviving three adult children: Kenny James (resident of Olive Branch, Mississippi), Arnita Melton (resident of Houston, Texas), and Pamela Melton (resident of Canton, Mississippi).

33.      On or about March 27, 2023, the Lake Circuit Court of the County of Lake, State of Indiana appointed KENNY JAMES as the Personal Representative of the Estate of GLORIA MELTON for the purpose of collecting damages for GLORIA MELTON's death.

34.      KENNY JAMES, as Personal Representative of the Estate of GLORIA MELTON, brings this cause of action on behalf of the Estate pursuant to Indiana Code 34-23-1-2, commonly known as the Indiana Adult Wrongful Death Act.

WHEREFORE, Plaintiff, KENNY JAMES, Individually and as Personal Representative of the Estate of GLORIA MELTON, deceased, moves this Honorable Court to enter judgement against Defendant OFFICER ZACHARY E. NORCUTT in an amount well in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000).

### Count V
*(Wrongful Death Pursuant to Indiana Code 34-23-1-2 – ZACHARY E. NORCUT)*

1.      Plaintiff incorporates and realleges ¶¶ 1-11 as if contained fully herein.

2.      On or about July 13, 2022, and at all times relevant, GLORIA MELTON, deceased, resided at 443 Hamlin Street, Gary, Indiana.

3.      On or about July 13, 2022, and at all times material, West 5th Avenue was a public roadway running in a westerly and easterly direction in the City of Gary, County of Lake, State of Indiana.

4.      On or about July 13, 2022, and at all times material, Colfax Street was a public roadway with residential houses running in a northerly and southerly direction in the City of Gary, County of Lake, State of Indiana.

5.      On or about July 13, 2022, and at all times material, West 5th Avenue and Colfax Street intersected in a "T" configuration, with Colfax Street dead-ending into West 5th Avenue, in the City of Gary, State of Indiana.

6.      On or about July 13, 2022, and at all times material, a traffic light and signal existed at the intersection of West 5th Avenue and Colfax Street to facilitate the high level of traffic at the intersection.

7.      On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT operated a black 2019 Dodge Charger (VIN: 2C3CDXKT5KH686038) in a generally easterly direction on West 5th Avenue, and toward the intersection of West 5th Avenue and Colfax Street in Gary, Indiana.

8.      On or about July 13, 2022, and at all times material, the posted and legal speed limit on West 5th Avenue, at or near the intersection of West 5th Avenue and Colfax Street, was at or about forty-five (45) miles per hour.

9.      On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT operated the black 2019 Dodge Charger at speeds of approximately ninety-three (93) to one hundred (100) miles per hour.

10.      On or about July 13, 2022, at or around 12:00 p.m., and at all times material, based on OFFICER ZACHARY E. NORCUTT's experience within the immediate area, OFFICER ZACHARY E. NORCUTT knew or should have known that he was rapidly approaching the intersection of West 5th Avenue and Colfax Street, of the residential houses in the area, and of the

imminent harm created by driving through the intersection during midday at over ninety (90) miles per hour.

11.    On or about July 13, 2022, at or around 12:00 p.m., and at all times material, OFFICER ZACHARY E. NORCUTT had knowledge or should have had knowledge of vehicle traffic in the area and/or visualized vehicles at the intersection of West 5th Avenue and Colfax Street as he drove towards the intersection.

12.    On or about July 13, 2022, at or around 12:00 p.m., and at all times material, GLORIA MELTON operated her 2005 Toyota Corolla in a generally westerly direction on West 5th Avenue; continued into the left turn lane at the intersection of West 5th Avenue and Colfax Street; and lawfully began to turn left onto Colfax Street.

13.    On or about July 13, 2022, at or around 12:00 p.m., and at all times material, GLORIA MELTON was acting with due care and regard for her own safety and wellbeing.

14.    On or about July 13, 2022, at or around 12:00 p.m., and at all times material, while GLORIA MELTON was still inside the intersection and in the process of turning left onto Colfax Street, OFFICER ZACHARY E. NORCUTT caused the black 2019 Dodge Charger vehicle to collide with GLORIA MELTON's vehicle.

15.    On or about July 13, 2022, at or around 12:00 p.m., and at all times material, the violent force of the collision caused GLORIA MELTON to be ejected from her vehicle and resulted in her death.

16.    On or about July 13, 2022, at or around 12:00 p.m., and at all times material, the violent force of the collision caused GLORIA MELTON to be ejected from her vehicle, ultimately causing her death.

17.      On or about July 13, 2022, and at all times material, Defendant OFFICER ZACHARY E. NORCUTT had a duty to drive with due regard for the safety of GLORIA MELTON while acting within the scope of their employment.

18.      On or about July 13, 2022, and at all times material, while on duty as an officer acting under the color of law, OFFICER ZACHARY E. NORCUTT breached this duty and was negligent in one or more of the following ways:

     a.   Drove the 2019 Dodge Charger vehicle at speeds of over ninety (90) miles per hour, and/or exceedingly over the posted and legal speed limit;

     b.   Failed to maintain a proper lookout while driving;

     c.   Failed to yield to traffic;

     d.   Failing to focus on the roadway and/or being distracted while driving;

     e.   Failed to break and/or reduce speed to avoid collision;

     f.   Disobeyed traffic control and/or roadway safety signals and/or signs; or

     g.   Was otherwise in breach of his duty of care owed to GLORIA MELTON.

19.      As a direct and proximate result of the aforementioned actions and/or omissions of the Defendant, the Plaintiff's decedent, GLORIA MELTON, sustained injuries of a personal, pecuniary, and permanent nature, resulting in her death.

20.      At the time of her death, GLORIA MELTON left surviving three adult children: Kenny James (resident of Olive Branch, Mississippi), Arnita Melton (resident of Houston, Texas), and Pamela Melton (resident of Canton, Mississippi).

21.      On or about March 27, 2023, the Lake Circuit Court of the County of Lake, State of Indiana appointed KENNY JAMES as the Personal Representative of the Estate of GLORIA MELTON for the purpose of collecting damages for GLORIA MELTON's death.

22.    KENNY JAMES, as Personal Representative of the Estate of GLORIA MELTON, brings this cause of action on behalf of the Estate pursuant to Indiana Code 34-23-1-2, commonly known as the Indiana Adult Wrongful Death Act.

WHEREFORE, Plaintiff, KENNY JAMES, Individually and as Personal Representative of the Estate of GLORIA MELTON, deceased, moves this Honorable Court to enter judgement against Defendant OFFICER ZACHARY E. NORCUTT in an amount well in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000) and any additional relief this Court deems equitable and just.

THE PLAINTIFF HEREBY DEMANDS TRIAL BY JURY.

By:    /s/ Brandon Brown
Attorney for Plaintiff

Larry R. Rogers, Jr.  (Atty Id. 6220743)
POWER ROGERS, LLP
70 West Madison Street, 55th Floor
Chicago, Illinois 60602-4212
Tel: 312.236.9381
Fax: 312.236.0920
lrogersjr@powerrogers.com

Brandon Brown   (Atty Id.  6310623)
The Brown Law Ltd.
4455 S. King Drive, Suite 100A
Chicago, IL 60653
(773) 624-8366 (office)
(773) 624-8365 (fax)
bbrown@thebrownlaw.com

STATE OF INDIANA  )    IN THE LAKE CIRCUIT COURT
         )SS:
COUNTY OF LAKE  )

IN RE: THE MATTER OF THE SUPERVISED  ) Cause Number:
ESTATE OF GLORIA JEAN MELTON     )

## ORDER APPOINTING ADMINISTRATOR FOR SOLE
## PURPOSE OF COLLECTING DAMAGES FOR WRONGFUL DEATH

  Kenny James filed a verified petition for letters of administration for the sole purpose of collecting damages for wrongful death, which is on file with the Court and a part of the Court's record.

  The Court, having examined the petition and being duly advised, now finds as follows:

  1. Gloria Jean Melton died on July 13, 2022, while domiciled in Lake County, Indiana.

  2. The decedent died intestate, and according to the petition filed, the heirs of the decedent are as follows:

    Kenny James, adult son, 8522 Ashley Drive, Olive Branch, MS 38654
    Arnita Melton, adult daughter, 9940 Richmond Avenue, #2010, Houston, TX 77042
    Pamela Melton, adult daughter, 583 Old Jackson Road, #2826, Canton, MS 39046

  IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that Kenny James is appointed personal representative of the estate of Gloria Jean Melton for the sole purpose of bringing an action concerning the decedent's wrongful death.

  Upon Kenny James taking an oath, the clerk of the Circuit Court of Lake County is directed to issue Letters of Administration to Kenny James reflecting that administration of the estate is for the sole purpose of collecting damages for the wrongful death of the decedent.

  ALL OF WHICH IS FOUND AND RECOMMENDED this 27th day of _____ March _____, 2023.

                 _____
              Probate Commissioner, Lake Circuit Court
                      MS

  ALL OF WHICH IS SO ORDERED AND APPROVED this 27th day of _____ March _____, 2023.

              _____
          Judge, Lake Circuit Court  MS